IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MURPHY J. ROSERO | : | CASE NO.: 1:24-bk-01435-HWV |
| NADIA E. ROSERO | : | |
| | : | |
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| MURPHY J. ROSERO | : | |
| NADIA E. ROSERO | : | |
| RESPONDENTS | : | |

## ORDER

Upon consideration of *Concurred-In Motion of the United States Trustee to Dismiss for Cause Pursuant to 11 U.S.C. § 707(a)* (the "Motion"), Doc. 13, and the hearing held on September 10, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is **DISMISSED**. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 10, 2024