# Notice Recipients

District/Off: 0314–1
User: AutoDocketer
Date Created: 9/10/2024

Case: 1:24–bk–01435–HWV
Form ID: pdf010
Total: 108

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Leon P. Haller | lhaller@pkh.com |
| aty | John Matthew Hyams | jmh@johnhyamslaw.com |
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Murphy J. Rosero | 842 Quentin Rd. | Lebanon, PA 17042 |
| jdb | Nadia E. Rosero | 842 Quentin Rd. | Lebanon, PA 17042 |
| 5623067 | AT&T | 2220 Campbell Creek Blvd. | Richardson, TX 75082–4420 |
| 5623064 | AllianceOne Receivables Managment, Inc. | PO Box 3109 | Southeastern, PA 19398 |
| 5623066 | AmSher Compassionate Collections | 4524 Southlake Pkwy #15 | Birmingham, AL 35244 |
| 5623065 | Americollect, Inc. | 1851 S Alverno Rd | Manitowoc, WI 54220 |
| 5623068 | Avant/WebBank | 222 Merchandise Mart Plz | Chicago, IL 60654–1103 |
| 5623069 | Avant/WebBank | 222 N La Salle St | Ste 1600 | Chicago, IL 60601–1112 |
| 5623070 | Bureau of Employer Tax Operations | PO Box 68568 | Harrisburg, PA 17106 |
| 5623071 | CACL Federal Credit Union | 1800 W Market St | Pottsville, PA 17901–2002 |
| 5623078 | CFNA | Attn: Bankruptcy | PO Box 81315 | Cleveland, OH 44181–0315 |
| 5623079 | CFNA / Firestone | PO Box 81315 | Cleveland, OH 44181–0315 |
| 5623072 | Capital | PO Box 371482 | Pittsburgh, PA 15250 |
| 5623073 | Capital Insurance | PO Box 371482 | Pittsburgh, PA 15250–7482 |
| 5623075 | Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City, UT 84130–0285 |
| 5623074 | Capital One | PO Box 31293 | Salt Lake City, UT 84131–0293 |
| 5623076 | Cardionet, LLC | PO Box 508 | Malvern, PA 19355 |
| 5623077 | Cerulean MC | PO Box 8099 | Newark, DE 19714–8099 |
| 5623080 | Children's Hospital of Philadelphia | 3615 Civic Center Blvd | Philadelphia, PA 19104 |
| 5623081 | Citibank/Home Depot | PO Box 6497 | Sioux Falls, SD 57117–6497 |
| 5623082 | Citibank/the Home Depot | Citicorp Cr Srvs/Centralized Bankruptcy | PO Box 790040 | Saint Louis, MO 63179–0040 |
| 5623083 | Coastal/prosp | 221 Main St | San Francisco, CA 94105–1906 |
| 5623084 | Coastl/prosp | Attn: Bankruptcy Dept | 221 Main St | Ste 400 | San Francisco, CA 94105–1913 |
| 5623086 | Comenity Bank/Kingsize | Attn: Bankruptcy | PO Box 182125 | Columbus, OH 43218–2125 |
| 5623085 | Comenity Bank/Kingsize | PO Box 182789 | Columbus, OH 43218–2789 |
| 5623088 | ComenityCapital/Boscov | Attn: Bankruptcy Dept | PO Box 182125 | Columbus, OH 43218–2125 |
| 5623087 | ComenityCapital/Boscov | PO Box 182120 | Columbus, OH 43218–2120 |
| 5623089 | Commonwealth of Pennsylvania | Magisterial District Court 02–3––07 | 2 Cardinal Dr | Stevens, PA 17578 |
| 5623090 | Concora Credit / Milestone MC | PO Box 84059 | Columbus, GA 31908 |
| 5623091 | Continental Finance Co | Attn: Bankruptcy | 4550 Linden Hill Rd | Ste 4 | Wilmington, DE 19808–2930 |
| 5623092 | Credit Collection Serv | PO Box 607 | Norwood, MA 02062–0607 |
| 5623094 | Credit Collection Services | Attn: Bankruptcy | 725 Canton St | Norwood, MA 02062–2679 |
| 5623093 | Credit Collection Services | Attn: Bankruptcy | 725 Canton Street | Norwood, MA 02062 |
| 5623096 | Credit One Bank | Attn: Bankruptcy Department | 6801 S Cimarron Rd | Las Vegas, NV 89113–2273 |
| 5623095 | Credit One Bank | PO Box 98872 | Las Vegas, NV 89193–8872 |
| 5623097 | Crescent Bank & Trust | 200 Gibraltar Rd, Ste 110 | Horsham, PA 19044 |
| 5623099 | Discover Financial | Attn: Bankruptcy | PO Box 3025 | New Albany, OH 43054–3025 |
| 5623098 | Discover Financial | PO Box 30939 | Salt Lake City, UT 84130–0939 |
| 5623100 | EMSI, Inc. | 1500 JFK Blvd, Suite 1930 | Philadelphia, PA 19102 |
| 5623102 | Financial Recoveries | 200 East Park Dr Ste 100 | Mount Laurel, NJ 08054 |
| 5623101 | Financial Recoveries | PO Box 1388 | Mount Laurel, NJ 08054–7388 |
| 5623103 | Fingerhut | PO Box 70281 | Philadelphia, PA 19176–0281 |
| 5623104 | First Premier | 3820 N Louise Ave | Sioux Falls, SD 57107–0145 |
| 5623106 | Fortiva | Attn: Bankruptcy | PO Box 105555 | Atlanta, GA 30348–5555 |
| 5623105 | Fortiva | PO Box 105555 | Atlanta, GA 30348–5555 |
| 5623107 | Fst Premier | Attn: Bankruptcy | 601 S Minnesota Ave | Sioux Falls, SD 57104–4824 |
| 5623108 | Geico Advantage Co. | PO Box 607 | Norwood, MA 02062–0607 |
| 5623111 | Genesis FS Card Services / Destiny | PO Box 4499 | Beaverton, OR 97076–4499 |
| 5623112 | Genesis FS Card Services / Indigo | PO Box 4499 | Beaverton, OR 97076–4499 |
| 5623109 | Genesis Fs Card Services | Attn: Bankruptcy | PO Box 4477 | Beaverton, OR 97076–4401 |
| 5623110 | Genesis Fs Card Services | PO Box 4499 | Beaverton, OR 97076–4499 |
| 5623113 | Goldman Sachs Bank USA Apple Card | Attn: Bankruptcy | Po Box 70379 | Philadelphia, PA 19176 |
| 5623114 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |

| 5623115 | Jefferson Capital Systems, LLC | 16 McLeland Rd. | Saint Cloud, MN 56303 |
| 5623063 | John M. Hyams | 2023 N. 2nd St. | Harrisburg, PA 17102 |
| 5623117 | Kohl's | Attn: Credit Administrator | PO Box 3043 | Milwaukee, WI 53201–3043 |
| 5623116 | Kohl's | PO Box 3115 | Milwaukee, WI 53201–3115 |
| 5623118 | Lancaster Pediatric Dental Associates | 1875 Lititz Pike, Ste 9 | Lancaster, PA 17601–6515 |
| 5623119 | Lancaster Regional Medical Center | 250 College Ave | Lancaster, PA 17603 |
| 5623120 | Lancaster Urgent Care | 1701 Cornwall Road | Lebanon, PA 17042 |
| 5623121 | Lebanon FCU | 300 Schneider Drive | Lebanon, PA 17046 |
| 5623122 | Lendmark Financial Services | 2118 Usher St NW | Covington, GA 30014–2434 |
| 5623123 | Lendmark Financial Services | Attn: Bankruptcy | 1735 N Brown Rd | Ste 300 | Lawrenceville, GA 30043–8228 |
| 5623124 | Mariner Finance, LLC | 8211 Town Center Dr | Nottingham, MD 21236–5904 |
| 5623125 | Mariner Finance, LLC | Attn: Bankruptcy | 8211 Town Center Dr | Nottingham, MD 21236–5904 |
| 5623126 | Medical | 2491 Paxton St | Harrisburg, PA 17111–1036 |
| 5623128 | Merrick Bank/Card Works | Attn: Bankruptcy | PO Box 9201 | Old Bethpage, NY 11804–9001 |
| 5623127 | Merrick Bank/Card Works | PO Box 9201 | Old Bethpage, NY 11804–9001 |
| 5623129 | Met–Ed First Energy | 2800 Pottsville Pike | Reading, PA 19605 |
| 5623131 | Mission Lane LLC | Attn: Bankruptcy | PO Box 105286 | Atlanta, GA 30348–5286 |
| 5623130 | Mission Lane LLC | PO Box 105286 | Atlanta, GA 30348–5286 |
| 5623137 | NJ EZPass | PO Box 4971 | Trenton, NJ 08650 |
| 5623132 | National Recovery Agency | Attn: Bankruptcy | 2491 Paxton St | Harrisburg, PA 17111–1036 |
| 5623133 | Natl Recover | 2491 Paxton St | Harrisburg, PA 17111–1036 |
| 5623136 | Navient | Attn: Bankruptcy | PO Box 9500 | Wilkes Barre, PA 18773–9500 |
| 5623135 | Navient | PO Box 300001 | Greenville, TX 75403 |
| 5623134 | Navient | PO Box 9500 | Wilkes Barre, PA 18773–9500 |
| 5623138 | Oakview Estates | 77 Foal Court | Lancaster, PA 17602 |
| 5623139 | Office of Attorney General | Financial Enforcement | 16th Floor, Strawberry Square | Harrisburg, PA 17120 |
| 5623140 | One Main Financial | PO Box 1010 | Evansville, IN 47706–1010 |
| 5623141 | One Main Financial / Bright Way | PO Box 981037 | Boston, MA 02298 |
| 5623142 | PA Department of Revenue | Attn: Bankruptcy | Department 280946 | Harrisburg, PA 17128–0946 |
| 5623143 | PA Turnpike Toll by Plate | PO Box 645631 | Pittsburgh, PA 15264–5254 |
| 5623144 | Penn Medicine Lancaster General Health | PO Box 824809 | Philadelphia, PA 19182 |
| 5623145 | Penn State Bone and Joint Institute | 30 Hope Dr, Suite 2400 | Hershey, PA 17033 |
| 5623146 | Penn State Health | 500 University Dr | Hershey, PA 17033 |
| 5623147 | Penn State Hershey | 2491 Paxton St | Harrisburg, PA 17111–1036 |
| 5623148 | Philips Medical | 3580 Progress Dr | Bensalem, PA 19020 |
| 5623149 | Prosper | PO Box 650078 | Dallas, TX 75265–0078 |
| 5623150 | Sprint | Attn: Bankruptcy | PO Box 4191 | Carol Stream, IL 60197–4191 |
| 5623152 | TMobile | 475 Virginia Drive | Fort Washington, PA 19034 |
| 5623151 | The Port Authority of NY & NJ | 150 Greenwich St | New York, NY 10007 |
| 5623153 | U.S. Department of Justice | PO Box 227, Ben Franklin Station | Washington, DC 20044 |
| 5623155 | UGI Utilities, Inc | PO Box 15503 | Wilmington, DE 19886 |
| 5623154 | Ubound f/k/a Rent–A–Center | 5501 Headquarters Drive | Garland, TX 75042 |
| 5623156 | United States Attorney | PO Box 11754 | Harrisburg, PA 17108–1754 |
| 5623157 | Verizon | 500 Technology Drive. Suite 550 | Weldon Spring, MO 63304 |
| 5623159 | WebBank/OneMain | Attn: Bankruptcy | 215 S State St | Ste 1000 | Salt Lake City, UT 84111–2336 |
| 5623158 | WebBank/OneMain | PO Box 3316 | Evansville, IN 47732–3316 |
| 5623160 | Well Span Health | PO Box 15119 | York, PA 17405 |
| 5623162 | Wellspan Health | PO Box 15119 | York, PA 17405 |
| 5623161 | Wellspan Health | PO Box 15119 | York, PA 17405–7119 |
| 5623163 | Wellspan Medical Equipment | PO Box 71248 | Charlotte, NC 28272–1248 |
| 5623164 | Wellspan Medical Group | 1001 S. George St. | York, PA 17403 |

TOTAL: 104